IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| EDWIN TAYLOR UNRUH, | * |
| Plaintiff, | * |
| v. | Case No.  5:23-cv-00215-MTT-MSH |
| | * |
| ROSEVELT GREEN, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 20, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 20th day of September, 2023.

                                                 David W. Bunt, Clerk

                                                 s/ Shabana Tariq, Deputy Clerk